

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2020

No. 04-20-00021-CR

Ricardo **GUAJARDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 14150CR
Honorable Enrique Fernandez, Judge Presiding

## O R D E R

Kimberly Kidd's notification of late reporter's record is hereby NOTED. Time is extended until November 4, 2020. No further extensions absent extraordinary circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court